# EXHIBIT A

**Department of State: Division of Corporations**

Allowable Characters

HOME

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 7022136 | Incorporation Date / Formation Date: | 9/12/2022 (mm/dd/yyyy) |
| Entity Name: | MISTER SIZZLES EXPANSION LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | HARVARD BUSINESS SERVICES, INC. | | |
| Address: | 16192 COASTAL HWY | | |
| City: | LEWES | County: | Sussex |
| State: | DE | Postal Code: | 19958 |
| Phone: | 302-645-7400 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# EXHIBIT B

# Department of State
## Division of Corporations

## Entity Information

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** MISTER SIZZLES REAL ESTATE HOLDINGS LLC
**DOS ID:** 7270716
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** LIMITED LIABILITY COMPANY LAW - 203 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 03/05/2024
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 03/05/2024
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** WESTCHESTER
**NEXT STATEMENT DUE DATE:** 03/31/2026
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

#### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** ERIC PEARSON
**Address:** 66 PALMER AVE, STE 33B, BRONXVILLE, NY, UNITED STATES, 10708

Electronic Service of Process on the Secretary of State as agent: Permitted

#### Chief Executive Officer's Name and Address

**Name:**
**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

# Exhibit C

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

**Generated on:** This page was generated by TSDR on 2024-10-22 09:56:19 EDT

**Mark:** MISTER SIZZLE'S BURGERS BEER SHAKES



**US Serial Number:** 97097681
**Application Filing Date:** Oct. 28, 2021
**US Registration Number:** 6922042
**Registration Date:** Dec. 13, 2022
**Filed as TEAS Plus:** Yes
**Currently TEAS Plus:** Yes
**Register:** Principal
**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.
**Status Date:** Dec. 13, 2022
**Publication Date:** Sep. 27, 2022

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

**Owner Name:** Casey Casas
**Owner Address:** 109 Saranac Avenue
Buffalo, NEW YORK UNITED STATES 14216
**Legal Entity Type:** INDIVIDUAL
**Citizenship:** UNITED STATES

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

**Generated on:** This page was generated by TSDR on 2024-10-22 09:56:19 EDT

**Mark:** MISTER SIZZLE'S BURGERS BEER SHAKES

**US Serial Number:** 97097681
**Application Filing Date:** Oct. 28, 2021
**US Registration Number:** 6922042
**Registration Date:** Dec. 13, 2022
**Filed as TEAS Plus:** Yes
**Currently TEAS Plus:** Yes
**Register:** Principal
**Mark Type:** Service Mark
**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.
**Status Date:** Dec. 13, 2022
**Publication Date:** Sep. 27, 2022

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

**Owner Name:** Casey Casas
**Owner Address:** 109 Saranac Avenue
Buffalo, NEW YORK UNITED STATES 14216
**Legal Entity Type:** INDIVIDUAL
**Citizenship:** UNITED STATES

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

# Exhibit D



1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400 • www.rupppfalzgraf.com

R. ANTHONY RUPP III
rupp@RuppPfalzgraf.com

October 25, 2024

<u>*Via E-mail and Certified Mail*</u>

John Pantalena
16 Meadow Avenue
Bronxville, New York 10708
(john@phalanximpact.com)

Eric Pearson
66 Palmer Ave, Ste 33B
Bronxville, New York 10708
(eric@phalanximpact.com)

<u>NOTICE TO CEASE AND DESIST</u>

Dear Mr. Pantalena and Mr. Pearson:

      Re:    Intellectual Property / Mister Sizzle's
             Our File No.: 12899.38452

      Please be advised that this office represents Christopher Casas and Casey Casas in connection with their interest in Mister Sizzle's LLC ("Mister Sizzle's").

      As you know, Casey Casas is the registered owner of United States Trademark Registration No. 6922042 for "MISTER SIZZLE'S BURGERS BEER SHAKES," which was filed on October 28, 2021, and registered on December 13, 2022, on the Principal Register of the United States Patent and Trademark Office. This registered trademark represents the unique brand identity of Mister Sizzle's, which, as you know, is a restaurant brand and concept developed exclusively by my clients. A copy of United States Trademark Registration No. 6922042 is enclosed.

      It has come to our attention that you have engaged in unauthorized use of the Mister Sizzle's name and logo in connection with two entities, namely Mister Sizzles Expansion LLC and Mister Sizzles Real Estate Holdings LLC. These unauthorized uses of the Mister Sizzle's trademark and brand identity constitute trademark infringement.

      As you should be aware, a trademark is a unique designation that allows the rightful owner to have the exclusive ability to use a particular mark to designate their goods and services. *See United Drug Co. v. Theodore Rectanus Co.*, 248 U.S. 90, 97-98 (1918).

**RUPP PFALZGRAF LLC**

John Pantalena
Eric Pearson
October 25, 2024
Page 2

Ms. Casas's federal trademark registration provides her with nationwide priority and the exclusive right to use the mark and associated branding elements.

Please accept this letter as formal notice that your continued use of the Mister Sizzle's name and logo, or any substantially similar marks, in connection with any business entities that do not include Casey Casas as an owner represents an infringement of our client's federally registered trademark. We hereby demand that you immediately cease and desist from the following:

1. Using the Mister Sizzle's name and logo in connection with Mister Sizzles Expansion LLC;

2. Using the Mister Sizzle's name and logo in connection with Mister Sizzles Real Estate Holdings LLC;

3. Using the Mister Sizzle's name and logo or any confusingly similar variation thereof for any purpose.

Furthermore, we hereby demand that you change the corporate names of Mister Sizzles Expansion LLC and Mister Sizzles Real Estate Holdings LLC to remove any reference to Mister Sizzle's.

Please immediately confirm your receipt of this letter and compliance with the demands herein. This letter is sent without prejudice to any of my clients' rights, all of which expressly are reserved.

Very truly yours,

R. Anthony Rupp III

cc (via e-mail):

Charles Ritter, Esq. (critter@dhpglaw.com)
Mark Uba, Esq. (mru@ubalaw.com)

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

**Generated on:** This page was generated by TSDR on 2024-10-22 09:56:19 EDT

**Mark:** MISTER SIZZLE'S BURGERS BEER SHAKES

**US Serial Number:** 97097681                **Application Filing Date:** Oct. 28, 2021
**US Registration Number:** 6922042           **Registration Date:** Dec. 13, 2022
**Filed as TEAS Plus:** Yes                   **Currently TEAS Plus:** Yes
**Register:** Principal
**Mark Type:** Service Mark
**TM5 Common Status Descriptor:**             LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.
**Status Date:** Dec. 13, 2022
**Publication Date:** Sep. 27, 2022

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

**Owner Name:** Casey Casas
**Owner Address:** 109 Saranac Avenue
Buffalo, NEW YORK UNITED STATES 14216
**Legal Entity Type:** INDIVIDUAL             **Citizenship:** UNITED STATES

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |

**Generated on:** This page was generated by TSDR on 2024-10-22 09:56:19 EDT

**Mark:** MISTER SIZZLE'S BURGERS BEER SHAKES



| | | | |
|---|---|---|---|
| **US Serial Number:** | 97097681 | **Application Filing Date:** | Oct. 28, 2021 |
| **US Registration Number:** | 6922042 | **Registration Date:** | Dec. 13, 2022 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Dec. 13, 2022 | | |
| **Publication Date:** | Sep. 27, 2022 | | |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

**Owner Name:** Casey Casas
**Owner Address:** 109 Saranac Avenue
Buffalo, NEW YORK UNITED STATES 14216
**Legal Entity Type:** INDIVIDUAL        **Citizenship:** UNITED STATES

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load