

1600 Liberty Building, 424 Main Street, Buffalo, New York 14202
P 716.854.3400 ◆ www.rupppfalzgraf.com

R. ANTHONY RUPP III
rupp@RuppPfalzgraf.com

November 20, 2024

*Via CM/ECF*

Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson Courthouse
2 Niagara Square
Buffalo, New York 14202

Dear Judge Vilardo:

      Re:    Casas v. Pantalena et al
               Civ. Action No. 24-cv-01068
               Our File No.: 12899.38452

      This office represents the plaintiff, Casey Casas, in the above-referenced lawsuit.

      During the status conference on November 8, 2024, Your Honor instructed the parties to prepare a joint proposed temporary restraining order for Your Honor's review and signature. The Minute Entry issued on November 8, 2024 similarly directed the parties to "draft a joint proposed Temporary Restraining Order and submit it to chambers." *See* Dkt. No. 8.

      Pursuant to the Court's instruction, on November 13, 2024, this office sent a joint proposed temporary restraining order to defendants' counsel for review and comment. On November 18, 2024, defendants' counsel provided a proposed "stipulated order" (not a joint proposed temporary restraining order) that materially changed the terms of plaintiff's proposed order. The problems with defendants' proposed stipulation include, among other things, that it eliminated "the reasons why [the order was] issued," in violation of Fed. R. Civ. P. 65(d)(1).

      Defendants' response indicates that the parties will not be able to agree regarding the terms of a joint proposed temporary restraining order. Accordingly, plaintiff respectfully requests a conference with Your Honor to work out the terms of the order.

Rochester | New York | Albany | Saratoga Springs | Williamsville | Jamestown

rupppfalzgraf.com

**RUPP PFALZGRAF** LLC

Hon. Lawrence J. Vilardo
November 20, 2024
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

*R. Anthony Rupp III*

R. Anthony Rupp III

cc (via e-mail):

Mark Uba, Esq. (mru@ubalaw.com)
Charles Ritter, Esq. (critter@dhpglaw.com)
Brian Gwitt, Esq. (bgwitt@woodsoviatt.com)