## PROOF OF SERVICE

| Case:<br>1:24-cv-01068 | Court:<br>UNITED STATES DISTRICT COURT | County:<br>WESTERN DISTRICT OF NEW YORK | Job:<br>12603000 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>CASEY CASAS | | Defendant / Respondent:<br>JOHN PANTALENA, ERIC PEARSON, MISTER SIZZLES EXPANSION LLC and MISTER SIZZLES REAL ESTATE HOLDINGS LLC | |
| Received by:<br>Kevin Estrada | | For:<br>Rupp Pfalzgraf LLC | |
| To be served upon:<br>John Pantalena | | | |

I, Kevin Estrada, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents

**Recipient Name / Address:**   John Pantalena, 16 MEADOW AVENUE, BRONXVILLE, NY 10708
**Manner of Service:**        Personal/Individual, Jan 29, 2025, 4:36 pm EST
**Documents:**

On Jan 29, 2025, at 4:36 pm EST at 16 MEADOW AVENUE, BRONXVILLE, NY 10708 I served John Pantalena by delivering to and leaving a true copy of the above documents with John Pantalena, in compliance with state statutes.

**Military Service:** I asked the person spoken to whether respondent was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Respondent wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief, I aver that the respondent is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Recipient description: Age: 45-50; Ethnicity: White ; Gender: Male; Weight: 180-190; Height: 5'11"; Hair: Black;

I affirm this 1/29/2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*[signature]*

Kevin Estrada

Rupp Pfalzgraf LLC
1600 Liberty Building
Buffalo, NY 14202
716.854.3400 ext. 266